UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LISA DEANNA BARKER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | ) | CASE NO. C13-0570-MJP-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate that this case should be reversed and remanded for further proceedings, including a de novo hearing, a new decision, and the actions outlined below. (Dkt. 23.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ shall: (1) further develop the case record and further consider the medical opinion evidence, including the opinions of Drs. Trowbridge, Wingate, and Wentworth; (2) provide specific and legitimate reasons supported by substantial evidence

for any limitations noted in the medical opinions that the ALJ elects to reject; (3) further consider plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; and (4) consult a vocational expert and clarify the effect of the assessed limitations on the claimant's occupational base. The parties further agree that new updated medical and other evidence, if available, shall be considered on remand. Also, upon proper presentation, the Court will consider plaintiff's application for attorney's fees and expenses under 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 4th day of September, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge